**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ROBERTO MUNIZ VASQUEZ | Case No.: 1:11-cv-01899-SKO |
| Plaintiff, | **STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER THEREON** |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Roberto Muniz Vasquez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, to extend the time for Plaintiff to file Plaintiff's Opening Brief to August 20, 2014; and that Defendant shall have until September 19, 2014, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due September 25, 2014.

An extension of time is needed because Plaintiff's Counsel's Spouse receives weekly chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine.  Counsel requires the additional time to file the Opening Brief to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged

1 children through this obviously stressful experience.  Counsel sincerely apologizes
2 to the court for any inconvenience this may have had upon it or its staff.
3
4
5
6 DATE: August 20, 2014   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY:_____
Steven G. Rosales
Attorney for plaintiff ROBERTO VASQUEZ

DATE:  August 20, 2014   BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Annabelle Yang

_____
Annabelle Yang
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

**ORDER**

Pursuant to the stipulation of the parties and for good cause demonstrated, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file an opening brief is GRANTED;
2. Plaintiff's opening brief filed on August 20, 2014, is deemed timely;
3. Defendant shall file a responsive brief by no later than September 19, 2014; and
4. Plaintiff may file an optional reply brief by no later than September 25, 2014.

IT IS SO ORDERED.

Dated:   **August 26, 2014**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE